AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

**FILED U.S. DISTRICT COURT**
**2010 NOV -8  P 4: 00**
**DISTRICT OF UTAH**
**BY:_____**
**DEPUTY CLERK**

Nelson Witt and Brenda Witt

v.

The CIT Group Consumer Finance Inc, Aurora Loan Services, LLC, Mortgage Electronic Registration System, Inc

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10 cv 440 TS

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants and plaintiffs' cause of action is dismissed with prejudice.

November 8, 2010
*Date*

D. Mark Jones
*Clerk of Court*

*(By) Deputy Clerk*